IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TINA WILSON,**

**Plaintiff,**

**v.**

**CANTEEN TOWNSHIP,**

**Defendant.**                                         **No. 06-CV-787-DRH**

### ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Dismissal having been executed by counsel for all parties and filed with this Court (Doc. 17), **IT IS ORDERED** that this action is hereby dismissed in its entirety with prejudice. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 22nd day of February, 2007.

/s/      David   RHerndon
**United States District Judge**