IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TINA WILSON,**

    **Plaintiff,**

    **vs.**                              Cause No. 06-CV-787 DRH

**CANTEEN TOWNSHIP,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice.**---

**NORBERT G. JAWORSKI, CLERK**

February 22, 2007                    By:   s/Patricia Brown
                                                  Deputy Clerk

APPROVED: /s/     David   RHerndon
            **U.S. DISTRICT JUDGE**